Thomas M. Robins III (State Bar No. 054423)
trobins@frandzel.com
Marshall J. August (State Bar No. 105361)
maugust@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for VALLEY NATIONAL BANK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NYK BULK & PROJECTS CARRIER LTD, <br><br> Plaintiff, <br><br> v. <br><br> DELTA CORP SHIPPING PTE LTD, <br><br> Defendant. | Case No. 24-cv-8006-MRA-SK <br><br> **ANSWER TO WRIT OF GARNISHMENT BY GARNISHEE VALLEY NATIONAL BANK** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NYK BULK & PROJECTS CARRIER LTD, <br><br> Plaintiff, <br><br> v. <br><br> DELTA CORP SHIPPING PTE LTD, <br><br> Defendant and Garnishees, et al. | Case No. 24-cv-8006-MRA-SK <br><br> ANSWER TO WRIT OF GARNISHMENT BY GARNISHEE VALLEY NATIONAL BANK |

I, LORI ROONEY, state under penalty of perjury as follows:

1. I am a Vice President at garnishee Valley National Bank ("Valley"). I am authorized to submit this Answer on behalf Valley in the above-captioned matter. I am fully familiar with the facts set forth herein based on my personal knowledge and/or a review of Valley's records in this matter.

2. In response to the Maritime Attachment and Garnishment, dated December 16, 2024, that plaintiff NYK Bulk & Projects Carrier Ltd. issued to Valley with respect to defendant Delta Corp Shipping Pte Ltd ("Delta"), Valley states that, after conducting a reasonably diligent inquiry, Valley has in its custody, control and/or possession the following accounts in which Delta has and/or may have an interest:

| Account Title | Account No. | Balance as of 12/18/2024 |
|---|---|---|
| **Delta Corp Shipping Pte Ltd** <br> Business Analysis Checking | XXXXXXX6100 | $14,701.28 |
| **Delta Corp Shipping Pte Ltd** <br> Business Analysis Checking | XXXXXXX1102 | $0.00 |
| **Delta Corp Shipping Pte Ltd** <br> Business Analysis Checking | XXXXXXX8800 | $0.00 |

Please be advised that Valley has restricted the foregoing accounts pursuant to the Maritime Attachment and Garnishment. Please be further advised that Valley has no objections, defenses, or setoffs in this matter.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of December 2024.

By: Lori Rooney
Title: Vice President, Valley National Bank

SUBSCRIBED AND SWORN TO
before me, the undersigned notary public,
on this 23 day of December 2024.

_____
Notary Public, State of New Jersey

DENISE LOPEZ
COMMISSION # 50165665
NOTARY PUBLIC-NEW JERSEY
Comm Expires July 16, 2026

4906-0223-4633, V. 1
4906-0223-4633, V. 1



# PROOF OF SERVICE

## 24-cv-8006-MRA-SK

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On December 30, 2024, I served true copy(ies) of the **ANSWER TO WRIT OF GARNISHMENT BY GARNISHEE VALLEY NATIONAL BANK**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

J. Stephen Simms                                    Tel: 443-290-8704
Simms Showers LLP
201 International Circle, Suite 230
Baltimore. Marvland 21030

**BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 30, 2024, at Los Angeles, California.

_____
Rebecca Santamaria

5439671v1 | 007950-0001

1

ANSWER TO WRIT OF GARNISHMENT BY GARNISHEE VALLEY NATIONAL BANK