# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NYK Bulk & Projects Carriers Ltd,<br><br>Plaintiff,<br>v.<br><br>Delta Corp Shipping Pte Ltd,<br><br>Defendant,<br><br>and<br><br>Oversea-Chinese Banking Corporation, Limited<br><br>Garnishee. | Case No. 24-cv-8006-MRA-SK<br><br>IN ADMIRALTY, Fed. R. Civ. P. 9(h)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO ALLOW PLAINTIFF'S LEAD COUNSEL TO APPEAR BY ZOOM FOR HEARING SET FOR OCTOBER 27, 2025 [59]**<br><br>**[NOTE CHANGES BY COURT]** |

Having considered Plaintiff's Application for Order Granting Plaintiff's Application for Default Judgment or Alternatively for Telephonic Hearing, and the Court determining to hold the hearing set for October 27, 2025, the Court finds good cause exists to allow Plaintiff's lead counsel to appear **via Zoom. The Court's procedures for joining by Zoom are available on the Court web site.**

**SO ORDERED** this 10th day of October, 2025.

_____
Hon. Mónica Ramírez Almadani
United States District Judge

Page 1