Jonathan P. Hersey (SBN 189240)
　Jonathan.Hersey@klgates.com
Robert Mouradian (SBN 359496)
　Robert.Mouradian@klgates.com
K&L GATES LLP
1 Park Plaza
Twelfth Floor
Irvine, California 92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

David S. Catuogno, Esq. (*Pro Hac Vice* pending)
　David.Catuogno@klgates.com
K&L GATES LLP
One Newark Center, 10th Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
Telephone: +1 973 848 4018
Facsimile: +1 973 848 4001

*Attorneys for* VALLEY NATIONAL BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| NYK BULK & PROJECTS CARRIER LTD,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DELTA CORP SHIPPING PTE LTD,<br><br>　　　Defendant. | Case No. 24-cv-8006-MRA-SK<br><br>**JOINT REQUEST FOR REMOTE APPEARANCE AT THE NOVEMBER 12, 2025, HEARING** |

　　The garnishee Valley National Bank ("Garnishee") and Plaintiff NYK Bulk & Projects Carrier Ltd., ("Plaintiff") jointly request that lead counsel for both parties be permitted to appear remotely at the hearing on the Motion to Vacate the Maritime Attachment and Garnishment (the "Motion"), scheduled for November 12, 2025, at 10:00 a.m. [ECF No. 61].

Lead counsel for Garnishee resides and practices in New Jersey, and lead counsel for Plaintiff resides in Maryland. Requiring personal appearances would necessitate cross-country travel at substantial expense to both Garnishee and Plaintiff.

WHEREFORE, Garnishee and Plaintiff jointly request that, if the Court holds a hearing on the Motion, the Court permit counsel for both parties to appear remotely—whether by videoconference, teleconference, or any other method as directed by the Court.

Dated: October 28, 2025

K&L Gates LLP

By:     */s/Jonathan P. Hersey*

Jonathan P. Hersey

*Attorneys for Garnishee*
VALLEY NATIONAL BANK

Dated: October 28, 2025

SIMMS SHOWERS LLP

By:     */s/ Stephen J. Simms*

J. Stephen Simms
jssimms@simmsshowers.com
SIMMS SHOWERS LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030

Neil B. Klein
neilk@mckassonklein.com
Maria del Rocio Ashby
mrashby@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, California 92612

*Attorneys for Plaintiff*
NYK BULK & PROJECTS CARRIERS LTD.

**STATEMENT OF ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Jonathan P. Hersey*
Jonathan P. Hersey