1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

10

11

NYK BULK & PROJECTS CARRIER LTD,

Case No. 24-cv-8006-MRA-SK

12

Plaintiff,

**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR REMOTE APPEARANCE AT THE NOVEMBER 12, 2025, HEARING**

13

14

vs.

15

DELTA CORP SHIPPING PTE LTD,

16

Defendant.

17

18      Having considered the Joint Request for Remote Appearance filed by

19 Garnishee Valley National Bank ("Garnishee") and Plaintiff NYK Bulk & Projects

20 Carrier Ltd. ("Plaintiff"), and good cause appearing:

21

22      IT IS HEREBY ORDERED that counsel for Garnishee and Plaintiff appear

23 remotely at the hearing on the Motion to Vacate the Maritime Attachment and

24 Garnishment, scheduled for November 12, 2025, at 10:00 a.m.

25      **IT IS SO ORDERED** this __ day of October 2025.

26

27

_____
Hon. Monica Ramirez Almadani
United States District Judge

28

- 1 -