# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| NYK Bulk & Projects Carriers Ltd,<br><br>Plaintiff,<br>v.<br><br>Delta Corp Shipping PTE Ltd,<br><br>Defendant, *et al.* | Case No. 24-cv-08006-MRA-SK<br><br>IN ADMIRALTY, Fed. R. Civ. P. 9(h)<br><br>**DEFAULT JUDGMENT** |

Pursuant to this Court's April 17, 2026 (IN CHAMBERS) ORDER [75] GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT [70], it is ORDERED AND ADJUDGED as follows:

Default Judgment is entered for Plaintiff NYK Bulk & Projects Carriers Ltd against Delta Corp Shipping Pte Ltd in the amounts of $314,989.47 in compensatory damages.

Pursuant to Fed. R. Civ. P. 62(a) proceedings to enforce the judgment are not stayed.

**IT IS SO ORDERED**.

Dated: April 21, 2026

_____
Hon. Mónica Ramírez Almadani
United States District Judge

Final Default Judgment                                                    1